Case 1:21-cv-00102   Document 39   Filed on 02/21/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
February 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO ARTURO GUAJARDO, <br> "Plaintiff", <br><br> v. <br><br> ANTONY BLINKEN, SECRETARY OF STATE; AND UNITED STATES OF AMERICA., <br> "Defendants". | § § § § § § § § § § | Civil Action No. 1:21-cv-00102 |

### FINAL JUDGMENT

Plaintiff sued Secretary of State Antony Blinken for declaratory relief granting him United States citizenship under 8 U.S.C. § 1503. Upon due consideration of the entire record, including the evidence, the testimony of witnesses, and the parties' arguments, the Court rules as follows:

Final judgment is entered in favor of Plaintiff Ricardo Arturo Guajardo. This Court finds Plaintiff is a United States citizen and entitled to a United States passport.

Signed on this 21st day of February, 2023.

Rolando Olvera
United States District Judge

1