United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RICARDO ARTURO GUAJARDO, | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:21-CV-00102 |
| | § | |
| ANTONY J BLINKEN, | § | |
| Respondent. | § | |

**ORDER**

The parties submitted courtesy hard copies of trial exhibits to this Court but Plaintiff has not electronically file the same.

"Filing Users must submit in electronic form all documents referenced as exhibits or attachments, unless the presiding Judge permits conventional filing." *Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, Sec. 5, U.S.D.C., S.D. Tex. (Jan. 1, 2007). "All pleadings are to be electronically filed through the Electronic Case Filing System ("ECF"). Electronic filings must follow the 'Administrative Procedures for Electronic Filing in Civil and Criminal Case.'" *Civil Procedures*, Sec. 3.A., U.S.D.C., S.D. Tex., Judge Rolando Olvera (Aug. 25, 2021). "If a filing, including attachments, contains *50 pages or more*, the party shall submit the filing electronically, *and* submit a courtesy hard copy to the District Clerk's Office." *Id.* at Sec. 3.B.

Plaintiff is **ORDERED** to electronically file all trial exhibits through the Electronic Case Filing System **no later than March 28, 2023**.

Signed on March 14, 2023.

_____
Rolando Olvera
United States District Judge