United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| RICARDO ARTURO GUAJARDO, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:21-CV-00102 |
| § | |
| ANTONY J BLINKEN, § | |
| § | |
| Respondent. § | |

## ORDER

Plaintiff submitted courtesy hard copies of trial exhibits to this Court but have not electronically filed the same.

"Filing Users must submit in electronic form all documents referenced as exhibits or attachments, unless the presiding Judge permits conventional filing." *Administrative Procedures for Electronic Filing in Civil and Criminal Cases*, Sec. 5, U.S.D.C., S.D. Tex. (Jan. 1, 2007). "All pleadings are to be electronically filed through the Electronic Case Filing System ("ECF"). Electronic filings must follow the 'Administrative Procedures for Electronic Filing in Civil and Criminal Case.'" *Civil Procedures*, Sec. 3.A., U.S.D.C., S.D. Tex., Judge Rolando Olvera (Aug. 25, 2021). "If a filing, including attachments, contains 50 pages or more, the party shall submit the filing electronically, and submit a courtesy hard copy to the District Clerk's Office." *Id*. at Sec. 3.B.

Plaintiff is **ORDERED** to electronically file all trial exhibits through ECF no later than **July 14, 2023**.

Signed on June 15, 2023.

_____
Rolando Olvera
United States District Judge